NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000405
04-AUG-2014
09:05 AM

NO. CAAP-13-0000405

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROGER W. EGUCHI-BRYANT,
Claimant-Appellant,
v.
PROSERVICE HAWAII/ALL TREE SERVICES, INC.,
Employer-Appellee, Self-Insured
and
SEABRIGHT INSURANCE COMPANY,
Insurance Carrier-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2009-415(H) (1-07-01072))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding J., Leonard and Reifurth, JJ.)

Upon consideration of "Claimant-Appellant Roger W. Eguchi-Bryant's Motion for Reconsideration of Summary Disposition Order Filed on July 16, 2014" (**Motion**) filed July 28, 2014, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, August 4, 2014.

Presiding Judge

Associate Judge

Associate Judge